**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Olbin Yovany ARANDA–HERNANDEZ,**
**Defendant–Appellant.**

No. 08–11004

**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

June 24, 2009.

Before JOLLY, BENAVIDES, and HAYNES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Olbin Yovany Aranda–Hernandez (Aranda) has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Aranda has filed a response. The record is insufficiently de-

---

* Pursuant to 5TH CIR. R. 47.5, the court has

determined that this opinion should not be

veloped to allow consideration at this time of Aranda's claim of ineffective assistance of counsel; such claims generally "cannot be resolved on direct appeal when [they have] not been raised before the district court since no opportunity existed to develop the record on the merits of the allegations." *United States v. Cantwell,* 470 F.3d 1087, 1091 (5th Cir.2006) (internal quotation marks and citation omitted). Our independent review of the record, counsel's brief, and Aranda's response discloses no nonfrivolous issue for appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Aranda's motion for the appointment of new counsel is DENIED.

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

